## M.H. *v.* STATE of Arkansas

97-1439                                                955 S.W.2d 911

Supreme Court of Arkansas
Opinion delivered December 19, 1997

*Lewis Littlepage*, for appellant.

No response.

PER CURIAM. The appellant, M. H., has filed a motion for rule on the clerk. His attorney, Lewis W. Littlepage, admits fault for tendering the record late in his client's juvenile delinquency case.

We find that such an error, admittedly made by the attorney here, is good cause to grant the motion. *See Hansberry v. State*, 318 Ark. 757, 887 S.W.2d 308 (1994). A copy of this opinion will be forwarded to the Committee on Professional Conduct.